IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD WERNECKE, et al., | § |
| Plaintiffs, | § |
| vs. | § C.A. NO. C-07-238 |
| TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, et al., | § |
| Defendants. | § |

**ORDER**

On this day the Court held an Initial Pretrial Conference in the above-styled action. At the conference the Court made the following ORDERS:

1. No later than Friday, July 27, 2007, Plaintiffs shall file an amended complaint with the Court identifying with specificity: (1) what statutes, policies, practices, procedures, or customs of the State of Texas or Nueces County Plaintiffs allege violate the Fourth and Fourteenth Amendments to the United States Constitution; and (2) what "experimental" medical procedures Plaintiffs allege K.W. received (or was offered) while she was in state custody. Defendants' Answers, or Pre-Answer Motions to Dismiss, shall be due no later than 20 days after the Plaintiffs file their amended pleading.

2. Plaintiffs shall include as part of their Rule 26 disclosures a list naming every single healthcare provider that K.W. has seen since being returned to her parents from state custody,

along with each healthcare provider's address and telephone number, and K.W.'s reason for seeing that provider.

SIGNED and ENTERED this 13th day of July, 2007.

_____
Janis Graham Jack
United States District Judge