```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
               CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| EDWARD WERNECKE, et al., | § |
| Plaintiffs, | § |
| vs. | §   C.A. NO. C-07-238 |
| TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, et al., | § |
| Defendants. | § |

## ORDER

On August 15, 2007, Defendants Deputy Constables Garcia and Carrion filed a Motion to Dismiss or, Alternatively, Motion for Summary Judgment in the above-styled action. (D.E. 11.) The Court will consider Defendants' Motion a Motion for Summary Judgment where applicable. Plaintiffs have 20 days from the date of filing of Defendants' Motion to respond.

SIGNED and ENTERED this 3rd day of September, 2007.

_____
Janis Graham Jack
United States District Judge